IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:15-CV-111-RLV-DCK

| | |
|---|---|
| ZLOOP, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| RECYCLING EQUIPMENT, INC., ) | |
| WILLIAM WALLS, JOE SZANY, SCOTT ) | |
| SHARP, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Consent Motion To Stay" (Document No. 8) filed October 28, 2015. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of the parties, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's "Consent Motion To Stay" (Document No. 8) is **GRANTED**. This matter is **STAYED** until **January 31, 2016**.

**IT IS FURTHER ORDERED** that Defendants shall file answers or otherwise respond to Plaintiff's Complaint on or before **February 15, 2016**.

Signed: October 28, 2015

David C. Keesler
United States Magistrate Judge