IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:15-CV-111-RLV-DCK

| | |
|---|---|
| ZLOOP, INC., | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| RECYCLING EQUIPMENT, INC., WILLIAM WALLS, JOE SZANY, SCOTT SHARP, | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on "Defendants' Motion To Stay The Initial Attorney's Conference" (Document No. 11) filed February 29, 2016. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting Plaintiff's consent, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that "Defendants' Motion To Stay The Initial Attorney's Conference" (Document No. 11) is **GRANTED**. The requirement of conducting an Initial Attorney's Conference is **STAYED** until **April 29, 2016**. The parties shall file a Certification of Initial Attorney's Conference, or request additional time to do so, on or before **May 6, 2016**.

Signed: February 29, 2016

David C. Keesler
United States Magistrate Judge